IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEVEN ELLIS,

      Appellant,

v.
                              Case No. 5D21-1028
                              LT Case No. 2019-CF-002099

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed October 14, 2022

Appeal from the Circuit Court for
Lake County,
James R. Baxley, Judge.

Matthew J. Metz, Public Defender,
and Ali L. Hansen, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

In this *Anders*[1] appeal, we affirm Appellant's judgment and sentence. However, we remand with instructions to enter an amended judgment reducing the public defender fee to $100. *See* § 938.29(1), Fla. Stat. (2021).

AFFIRMED; REMANDED WITH INSTRUCTIONS.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.

---

[1] *Anders v. California*, 386 U.S. 738 (1967).